**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX.
FILED

2012 MAY 17  PM 2: 21

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )    **CASE NO. 1:11-CR-027-P (01)** |
| | ) |
| JEFFERSON QUINONES-RIASCOS | ) |

aka: Jefferson Quinones

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**JEFFERSON QUINONES-RIASCOS** , by consent, under authority of <u>United States v.</u>

<u>Dees</u>, 125 F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and

has entered a plea of guilty to the Indictment.  After cautioning and examining **JEFFERSON**

**QUINONES-RIASCOS** under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offenses charged

are supported by an independent basis in fact containing each of the essential elements of such

offense.  I therefore recommend that the plea of guilty be accepted and that **JEFFERSON**

**QUINONES-RIASCOS** be adjudged guilty and have sentence imposed accordingly.

Date: _____ 5/17/12 _____

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).